UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT HATFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-152-JRG-HBG |
| ) | |
| COVENANT MEDICAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

This matter is before the Court on Defendant's Motion to Amend Answer. [Doc. 15] Defendant seeks leave to file an Amended Answer which asserts an additional affirmative defense, that of after acquired evidence. Defendant states that Plaintiff will not be prejudiced because discovery is ongoing and the trial in this matter is scheduled for December 14, 2021, allowing time for Plaintiff to prepare in light of any amendments. Plaintiff has not filed a response to the motion, and the time for doing so has passed. E.D. Tenn. L.R. 7.1 Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought. E.D. Tenn. L.R. 7.2

For good cause shown, Defendant's Motion **[Doc. 15]** is hereby **GRANTED**. Defendant shall file its Amended Answer within seven days of the entry of this Order.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge