UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT HATFIELD, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:20-CV-00152-JRG-HBG |
| COVENANT MEDICAL GROUP, INC., | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this Order, the Court **ORDERS** as follows:

1. Defendant's motion for summary judgment [Doc. 54] is **GRANTED**.

2. All other outstanding motions are **DENIED as moot**.

3. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

   s/ *LeAnna R. Wilson*
   District Court Clerk